IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BILLY L. MARSHALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 05-0028-CV-W-FJG -SSA ) |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

# ORDER

Pending before the Court is Plaintiff's Application for Attorney's Fees Under the Equal Access for Justice Act (Doc. No. 12). Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff is entitled to an award of reasonable attorney fees. Having reviewed the record, the Court finds that the reasonable amount for attorney fees is $3,125.00. Consequently, Plaintiff's Motion for Attorney Fees (Doc. No. 12) is **GRANTED** for the sum of $3,125.00, payable to plaintiff's attorney, and plaintiff is awarded $150.00 (again payable to plaintiff's attorney) from the Judgment Fund administered by the U.S. Treasury in reimbursement for his filing fee.

**IT IS SO ORDERED.**

Dated: December 20, 2005                 **/S/FERNANDO J. GAITAN JR.**
Kansas City, Missouri                     Fernando J. Gaitan Jr.
                                                   United States District Judge